IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARCUS JEROME JACKSON,     *

        Plaintiff,     *

v.     Case No. 5:22-cv-00309-MTT-MSH

    *

NURSE MARLA RILEY et al.,     *

        Defendants.     *

## J U D G M E N T

Pursuant to this Court's Order dated November 18, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of November, 2022.

                                                     David W. Bunt, Clerk

                                                     s/ Tydra Miller, Deputy Clerk